IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREATER BOSTON AUTHENTICATION SOLUTIONS, LLC, PLAINTIFF, | § § § § | |
| V. | § § | CIVIL NO. A-17-CV-1019-LY |
| ACTIAN CORPORATION, DEFENDANT. | § § § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On January 22, 2018, Plaintiff Greater Boston Authentication Solutions, LLC filed a Rule 41(a)(1)(A)(I) Notice of Dismissal with Prejudice (Doc. #5), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of January, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE